# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Christopher Bradley Crocker            Docket No. 5:07-CR-103-1F

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Bradley Crocker, who, upon an earlier plea of guilty to 21 U.S.C. §846, Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (crack) and a Quantity of Marijuana, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 19, 2007, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

On April 3, 2012, pursuant to 18 U.S.C. §3582(c)(2), the imprisonment portion of the defendant's sentence was reduced from 262 months to 70 months.

Christopher Bradley Crocker was released from custody on May 29, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana and cocaine on February 1, 2013. When confronted, the defendant admitted to the drug use. Substance abuse counseling and urinalysis have been increased. It is recommended that a condition be added allowing the defendant to participate in the Cognitive Behavioral Program.

Christopher Bradley Crocker
Docket No. 5:07-CR-103-1F
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: February 4, 2013 |

### ORDER OF COURT

Considered and ordered this 5th day of February, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge