# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Christopher Bradley Crocker           Docket No. 5:07-CR-103-1F

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Bradley Crocker, who, upon an earlier plea of guilty to 21 U.S.C. §846, Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (crack) and a Quantity of Marijuana, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 19, 2007, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

On April 3, 2012, pursuant to 18 U.S.C. §3582(c)(2), the imprisonment portion of the defendant's sentence was reduced from 262 months to 70 months.

Christopher Bradley Crocker was released from custody on May 29, 2012, at which time the term of supervised release commenced.

On February 5, 2013, the conditions of release were modified to include the cognitive behavioral program after the defendant tested positive for marijuana and cocaine on February 1, 2013.

Christopher Bradley Crocker
Docket No. 5:07-CR-103-1F
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for cocaine on February 11, 2013. When confronted, the defendant admitted to the drug use. The defendant is currently enrolled in our Surprise Urinalysis Program, substance abuse treatment, and our cognitive behavioral program. It is now recommended the defendant serve five days incarceration for this drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, commencing as soon as can be arranged, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: March 12, 2013 |

### ORDER OF COURT

Considered and ordered this 12th day of March, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge